UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clyde E. Clements, Jr.**     )
                               )
           PLAINTIFF,          )   CASE NUMBER  1:06CV01809
                               )
vs.                            )   JUDGE: Reggie B. Walton
                               )
                               )   DECK TYPE: Pro se General Civil
**Alberto R. Gonzales,** et al.,  )   DATE STAMP: 10/19/2006
                               )
           DEFENDANTS.         )
                               )

## MOTION FOR PERMISSION TO INCLUDE MAILING ADDRESS IN CAPTION OF COMPLAINT

Comes now Clyde E. Clements, Jr., *pro se* plaintiff, and moves this honorable Court for permission to include his mailing address, Post Office Box 3391, Lynchburg, Virginia 24503, instead of his physical address in the caption of his Complaint, for the following reasons:

I.    There is no mail box at his current physical address. Plaintiff is currently living at his mother's home. His mother receives her mail via her local post office box.

II.   Plaintiff is aware of at least one occasion where mail was addressed to him with his current physical address on the envelope. It was returned to the sender, who was the local Commissioner of Revenue. Plaintiff had the Commissioner of Revenue's office change his mailing address to abovementioned address.

III.  Plaintiff's mailing address is on his Virginia driver's license, a copy of which is attached hereto as "EXHIBIT A", with the Customer No. Redacted. Please note that it was renewed on September 27, 2006.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that his Motion for Permission to Include Mailing Address in Caption of Complaint be granted.

Dated: October 19, 2006                               Respectfully submitted,

*[signature: Clyde E. Clements, Jr.]*

Clyde E. Clements, Jr., *Pro Se*
P. O. Box 3391
Lynchburg, Virginia 24503
(434) 845-2310



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Clyde E. Clements, Jr.** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | Civil Action No. **1:06CV01809** |
| ) | |
| **Alberto R. Gonzales,** et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### ORDER

This matter comes before the Court on Plaintiff Clyde E. Clements' Motion for Permission to Include Mailing Address in Caption of Complaint, filed October 19, 2006. This Court has reviewed Plaintiff's Motion for Permission. Upon consideration thereof, it is hereby

ORDERED

That Plaintiff's Motion for Permission to Include Mailing Address in Caption of Complaint is GRANTED.

Entered: _____            _____
                                                               U.S. District Court Judge

cc:   Honorable Alberto R. Gonzales, U.S. Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, D.C. 20530

      Honorable John G. Roberts, Chief Justice
      Supreme Court of the United States
      1 First Street, NE
      Washington, D.C. 20543

      U.S. Attorney for the District of Columbia          Clyde E. Clements, Jr.
      501 Third Street, NW                                P. O. Box 3391
      Washington, D.C. 20001                              Lynchburg, Virginia 24503