UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLYDE E. CLEMENTS, JR | ) | |
| | ) | |
| Plaintiff | ) | Case No: 06-01809 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, et. al | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR ENLARGEMENT OF TIME

The Defendants, Alberto Gonzales et al., through counsel, request an enlargement of time to reply to the complaint. The response to the complaint is presently due the day after Christmas, December 26, 2006. Defendants seek additional time to prepare their response and request that they be allowed to file their responses up to and including January 19, 2007. The undersigned will be out of the office due to the holidays and upon her return in the New Year has a heavy case load including trial preparation. This extension is sought in good faith and will not unfairly prejudice any party. The undersigned left a voice message with the *pro se* Plaintiff regarding this motion.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their responses up to and including January 19, 2007.

December 21, 2006                    Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Praecipe has been served on December 21, 2006 by first class U.S. mail, postage pre-paid to:

Clyde E. Clements, Jr.
P.O. Box 3391
Lynchburg, Va  24503

                        /S/
                    ANDREA McBARNETTE, D.C. Bar  #483789
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLYDE E. CLEMENTS, JR | ) | |
| | ) | |
| Plaintiff | ) | Case No: 06-01809 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, et. al | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. Defendants may file a response to Plaintiff's Complaint on or before January 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 200\_\_