UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLYDE E. CLEMENTS, JR )<br>)<br>        Plaintiff    ) <br>)<br>v.                    )<br>)<br>ALBERTO GONZALES, et. al  )<br>)<br>        Defendants.    ) | Case No: 06-01809 (RBW) |

MOTION FOR ENLARGEMENT OF TIME

The Defendants, Alberto Gonzales et al., through counsel, request an enlargement of time to reply in support of their motion to dismiss. The reply is presently due on February 8, 2007, when the undersigned is at trial. Defendants seek additional time to prepare the reply and request that they be allowed to file the reply up to and including February 22, 2007. The undersigned begins trial in an employment discrimination case on February 5, 2007. The trial is expected to end by February 9, 2007. Because the undersigned has been busy preparing for trial and will be busy at trial this week, Defendants seeks additional time to reply in the above captioned case. This extension is sought in good faith and will not unfairly prejudice any party. The undersigned left a voice message with the *pro se* Plaintiff regarding this motion.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their responses up to and including February 22, 2007.

February 5, 2007  Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Motion to Extend has been served on February 5, 2007 by first class U.S. mail, postage pre-paid to:

Clyde E. Clements, Jr.
P.O. Box 3391
Lynchburg, Va  24503


            /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLYDE E. CLEMENTS, JR | ) | |
| | ) | |
| Plaintiff | ) | Case No: 06-01809 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, et. al | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. Defendants may file a reply in support of their motion to dismiss on or before February 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007