*[Handwritten note: Leave to file is granted. /s/ J. Walton 12/7/07]*

P. O. Box 3391
Lynchburg, Virginia 24503
December 1, 2007

Honorable Reggie B. Walton, United States District Judge
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re    Clyde E. Clements, Jr. v. Alberto R. Gonzales, et al.
           Civil Action No. 1:06CV01809 (RBW)

Dear Judge Walton:

This letter serves to alert the Court to three (3) errors on Page 13 of my Plaintiff's Reply Memorandum in Opposition to Defendants' Opposition to Plaintiff's Motion to Vacate and Leave to File Amended Complaint, that was received by the Court on August 6, 2007. The case number, "95-689" and the two dates, "February 21, 1996" and "April 17, 1996" that are given in the first sentence of Section 4, located on Page 13 of said Plaintiff's Reply, are incorrect. Said sentence should read, "Defendant Supreme Court applied Rules of the Supreme Court, Rule 20.1 in its denying Plaintiff's mandamus petition, *In re Clements*, Case No. 05-689, without reaching the merits, on February 21, 2006; and applied Rule 20.1 in its denying his petition to rehear his mandamus petition, without reaching the merits, on April 17, 2006." Said petition Case Number and denial dates are correctly stated in Paragraph 40. of Plaintiff's First Amended Complaint, received by the Court on July 12, 2007. I apologize for any inconvenience this may have caused.

                            Respectfully submitted,

                            */s/ Clyde E. Clements, Jr.*
                            Clyde E. Clements, Jr., *Pro Se* Plaintiff
                            P. O. Box 3391
                            Lynchburg, Virginia 24503
                            (434) 845-2310

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2007, I caused a copy of the foregoing Plaintiff's letter addressed to Honorable Reggie B. Walton, and dated this date, to be served by certified U.S. mail, postage pre-paid, upon Counsel of Record for Defendants:

Andrea McBarnette
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

*Clyde E. Clements, Jr.*
Clyde E. Clements, Jr., *Pro Se* Plaintiff
P. O. Box 3391
Lynchburg, Virginia 24503
(434) 845-2310