# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 08-5065** | **September Term 2007** |
| | 1:06-cv-01809-RBW |
| | **Filed On:** July 11, 2008 |

Clyde E. Clements, Jr.,

    Appellant

    v.

Michael B. Mukasey, In his official capacity of U.S. Attorney General and John G. Roberts, In his official capacity of Chief Justice, Supreme Court of the United States,

    Appellees

**BEFORE:**    Sentelle, Chief Judge, and Ginsburg and Randolph, Circuit Judges

## O R D E R

Upon consideration of the motion for summary reversal, the opposition thereto and motion for summary affirmance, the reply to the opposition to the motion for summary reversal and opposition to the motion for summary affirmance, the reply to the opposition to the motion for summary affirmance, the motion for leave to file a surreply, and the lodged surreply, it is

**ORDERED** that the motion for leave to file a surreply be denied. It is

**FURTHER ORDERED** that the motion for summary reversal be denied and that the motion for summary affirmance be granted. The district court did not abuse its discretion in denying on futility grounds appellant's motion to vacate and for leave to file an amended complaint, as appellant's amended complaint challenging Supreme Court Rules 10 and 20.1 could not have survived a motion to dismiss. See generally James Madison Ltd. v. Ludwig, 82 F.3d 1085, 1099 (D.C. Cir. 1996). The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5065**                                                **September Term 2007**

---

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**